**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND AFFONSO, | Case No. 1:15-cv-01167-SMS |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security, | (Doc. 3) |
| Defendant. | |

By motion filed July 27, 2015, Plaintiff Raymond Affonso, by his attorney, Kelsey Brown, seeks to proceed *in forma pauperis*. Plaintiff submitted an application which is vague and incomplete. On the application, Plaintiff was to list things of value owned, such as real estate and automobiles. Along with an automobile, Plaintiff listed a real estate property but did not state its value. Absent complete information regarding Plaintiff's financial situation, the Court cannot evaluate whether Plaintiff is sufficiently impoverished to justify proceeding without paying the filing fee for his lawsuit.

Additionally, the Court notes that Plaintiff did not include the names of the plaintiff and defendant and the case number in the caption of his application. If Plaintiff elects to submit an amended complaint, as this order permits him to do, he must provide complete case information in the caption of the application.

Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the

1  filing fee to the Clerk of the Court within thirty (30) days of this order.  If Plaintiff does not pay the
2  filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution
3  without further notice.
4
5  IT IS SO ORDERED.
6      Dated:   **July 29, 2015**                    **/s/ Sandra M. Snyder**
                                                     UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28