**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND AFFONSO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-01167-SMS<br><br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 5) |

On July 29, 2015, the Court denied Plaintiff Raymond Affonso's application to proceed *in forma pauperis*. Doc. 4. Because the application was vague and incomplete, the Court could not evaluate whether Plaintiff was sufficiently impoverished to justify proceeding without paying the filing fee for his lawsuit. Doc. 3. Plaintiff has since submitted an amended application.[1] Doc. 5.

Section 1915(a) provides that the Court "may authorize the commencement . . . of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] . . . possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). A plaintiff "need not be absolutely destitute to obtain benefits of the in forma pauperis statute. Nonetheless, a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Escobedo v. Applebees*, 787 F.3d 1226,

---

[1] Like his July 27, 2015 application, Plaintiff's application again did not include an answer to Question 2.b. Docs. 3, 5. The Court did not note the earlier omission in its July 29, 2015 order. Doc. 4.

1234 (quotations and citations omitted).

According to the Department of Health and Human Services, the 2015 poverty guideline for a one person household is $11,770 and a two-person household is $15,930.[2]  Department of Health and Human Services, *2015 Poverty Guidelines*, http://aspe.hhs.gov/poverty/15poverty.cfm (last visited August 13, 2015); Annual Update of the HHS Poverty Guidelines, 80 Fed. Reg. 3236 (January 22, 2015).  In this case, Plaintiff reported receiving long term disability in the amount of $1,294.00 per month,[3] which translates to $15,528 per year.  Plaintiff also reported that his wife, a dependent, receives disability income of $920.00 per month, which translates to $11,040.00 per year.  Doc. 5.  Under a one person or two-person household, Plaintiff's income level is above the poverty guideline.

Consequently, the Court is not of the view that Plaintiff's financial status—as reflected by income, personal and real property —is that of an indigent.

Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff shall pay the filing fee to the Clerk of the Court within thirty (30) days of this order.  If Plaintiff does not pay the filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution without further notice.

IT IS SO ORDERED.

   Dated:   **August 13, 2015**                **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE

---

[2] These poverty guidelines apply to those residing in the 48 contiguous states and the District of Columbia, excluding Alaska and Hawaii.  Department of Health and Human Services, *2015 Poverty Guidelines*, http://aspe.hhs.gov/poverty/15poverty.cfm (last visited August 13, 2015); Annual Update of the HHS Poverty Guidelines, 80 Fed. Reg. 3236 (January 22, 2015).
[3] Plaintiff's declaration states "$1,2940.00."  Doc. 5.