KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAYMOND AFFONSO,<br><br>          Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>          Defendant. | Case # 1:15-CV-01167-SMS<br><br>STIPULATED EXTENSION OF TIME; ORDER |

The parties hereby stipulate by counsel, Plaintiff shall have a 14-day extension of time to file Plaintiff's opening brief, in accordance with the scheduling order. Plaintiff's counsel has been unwell and unable to complete the briefing at this time. The Opening Brief shall now be due on June 14, 2016.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated May 31, 2016:          /s/ Kelsey M Brown
                             KELSEY MACKENZIE BROWN CA #263109

Page 1     STIPULATION
           [1:15-CV-01167-SMS]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

                                  Mackenzie Legal, PLLC
                                  1003 Whitman Street
                                  Tacoma, WA 98406
                                   (206) 300-9063
                                  Attorney for Plaintiff

Dated May 31, 2016:        <u>s/ KELSEY M. BROWN for Sharon Lahey</u>
                                  SHARON LAHEY
                                  (per e-mail authorization)
                                  Special Assistant U.S. Attorney
                                  Office of the General Counsel

                                  Of Attorneys for Defendant

<u>ORDER</u>

IT IS SO ORDERED.

    Dated:  <u>**June 10, 2016**</u>              <u>     /s/ Sandra M. Snyder</u>
                                                    UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION                                               Mackenzie Legal, PLLC
            [1:15-CV-01167-SMS]                          1003 Whitman Street
                                                                Tacoma, WA 98406
                                                                      (206) 300-9063