PHILLIP A. TALBERT, CSBN 145263
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK J. SNYDER, CSBN 260690
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Phone: 415-977-8927
   Fax: 415-744-1034
   Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| RAYMOND AFFONSO,<br><br>    Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:15-cv-01167-SMS<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE HER OPPOSITION TO THE OPENING BRIEF; ORDER** |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, requests to extend the time by 29 days, from July 14, 2016 to August 12, 2016 for the Commissioner to provide her Opposition to Plaintiff's Opening Brief, with all other dates extended accordingly.  This is the Commissioner's first request for an extension.

Counsel makes this request in good faith.  There is good cause for this request because the case was recently reassigned to new counsel for Defendant, who needs additional time to become familiar

Stipulated Request To Extend Time For Defendant To File Opposition, 1:15-cv-01167 SMS

1

with the facts and the issues presented in the Plaintiff's Motion for Summary Judgment.  Counsel is new to the office and must also undergo detailed quality review of the brief in accordance with the Commissioner's regional office procedures.  As a result, the Commissioner requests 29 days of additional time to properly address the issues Plaintiff has raised.  Plaintiff's counsel has no objection.

                                      Respectfully submitted,

Date:   July13, 2016          By:     /s/*Kelsey M. Brown
                                      KELSEY MACKENZIE BROWN
                                      MACKENZIE LEGAL, PLLC
                                      *by email authorization 7/12/16

                                      Attorneys for Plaintiff

Date:   July 13, 2016                 BRIAN J. STRETCH
                                      Acting United States Attorney

                              By:     /s/ Patrick William Snyder
                                      PATRICK WILLIAM SNYDER
                                      Special Assistant United States Attorney

Of Counsel:
JAMES EDWIN BIELENBERG JR.

                                      Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

   Dated:   **July 14, 2016**                    **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

Stipulated Request To Extend Time For Defendant To File Opposition, 1:15-cv-01167 SMS